March 21, 2016

**VIA ECF**

The Hon. P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl St., Courtroom 11D
New York, NY 10007

    Re:    *Bahr v. PNW Enterprises, LLC d/b/a New York Kids Club, 16 CV 01223 (PKC)*

Dear Judge Castel:

We represent the Plaintiff Mickey Bahr in the above-referenced action. We write on behalf of the Parties to submit the attached Stipulation Extending Defendant's Time to Respond To Complaint.

Thank you for your time and attention to this matter.

    Respectfully submitted,

    Walker G. Harman, Jr.

Enclosure

cc:    Lloyd J. Weinstein, Esq. (via email)