```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-11-17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MICKEY BAHR.,

                         Plaintiff,                        16 cv 1223 (PKC)

    -against-

PNW ENTERPRISES, LLC,                                 ORDER

                        Defendant.
-----------------------------------------------------------x

CASTEL, District Judge:

        I have Mr. Harman's letter of January 9, 2017 on behalf of plaintiff asserting that certain discovery disputes have arisen in this action.

        Mr. Harman is directed to telephone counsel for defendant to arrange a face-to-face meet and confer session to be held in plaintiff's counsel's office (unless an alternate location is agreed upon) on or before January 24, 2017 for no less than one hour in a good faith attempt to resolve or narrow these and any other outstanding discovery disputes. (Counsel are also encouraged to discuss settlement of the action.) The parties may, if they choose, draft a consent order reflecting their agreements, including any requested modifications in the discovery schedule. If and to the extent that discovery disputes have not been resolved, counsel for the parties are directed to submit a joint letter (the "Joint Letter") by February 3, 2017 (1) certifying that they have complied with the foregoing meet and confer requirement, (2) stating each side's position on the disputed issues (organized so as to present each issue and, immediately following, the response to that issue), and (3) setting forth the specific relief each side seeks, together with any citations to case law support. The text of the discovery requests and the objections, if any, should be submitted with the Joint Letter. I will either decide the issue on the basis of the Joint Letter, schedule a hearing or conference to resolve the disputes,

or direct the filing of a formal motion and briefing. Counsel are directed to consult this Court's opinion in Zaccaro v. Shah, 08-cv-3138 (PKC), 2008 WL 5429636 (S.D.N.Y. Dec. 22, 2008) for further guidance.

The parties are well advised to be familiar with the proportionality standards in Rule 26(b)(1), Fed. R. Civ. P.

If any discovery disputes arise in the future, the above procedures are to be followed.

SO ORDERED.

Dated: New York, New York
       January 10, 2017

_____
P. Kevin Castel
United States District Judge