UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MICKEY BAHR, On Behalf of Himself and
Those Similarly Situated Individuals                    16 CV 1223

                         Plaintiff,                   Defendant's Amended
   Against                                              Rule 26(a)(1) Disclosures


PNW ENTERPRISES, LLC d/b/a                          CERTIFICATE OF SERVICE
NEW YORK KIDS CLUB,

                        Defendant.
-------------------------------------------------------------------X

     I, Lloyd J. Weinstein, Esq., attorney for the Defendant, PNW Enterprises, LLC d/b/a New York Kids Club, in the above captioned matter, hereby certify that I served the within Amended Rule 26 Disclosures, upon the following by forwarding copies of same to them, United States mail, first class, postage prepaid:

Walker G. Harman, Jr., Esq.
The Harman Firm, LLP
1776 Broadway, Suite 2030
New York, New York 10019


Dated:     March 7, 2017
               Syosset, New York

                        THE WEINSTEIN GROUP, P.C.

                        By:
                        LLOYD J. WEINSTEIN, Esq. (LW2395)
                        (Rule 130-1.1a) (NYS Tech Law §304(2))
                        6800 Jericho Turnpike, Suite 112W
                        Syosset, New York 11791
                        Telephone: 516-802-5330
                        Facsimile: 516-802-5332
                        ljw@theweinsteingroup.net