THE WEINSTEIN GROUP, P.C.

6800 Jericho Turnpike, Suite 112W • Syosset, New York 11791• Tel: 516-802-5330 • Fax:-516-802-5332

April 28, 2017

The Honorable Judge P. Kevin Castel
United States Federal District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    Mickey Bahr v PNW Enterprises, LLC d/b/a New York Kids Club
            Case No.: 16 CV 1223

Dear Judge Castel:

    I am writing to respectfully advise the Court that the undersigned met with Plaintiff's counsel, Attorney Edgar Rivera, earlier today to discuss settlement. The meeting was sought by the undersigned in accordance with the Court's Memo Endorsement [Dkt 88].

    Although there was some progress made, no settlement was reached as a result of that conference.

                                      Respectfully submitted,

                                      THE WEINSTEIN GROUP, PC

                                      LLOYD J. WEINSTEIN, Esq.
                                      (Rule 130-1.1a) (NYS Tech Law §304(2))